# IN THE UNITED STATES BANKRUPTCY COURT
## FOR Northern California

| | |
|---|---|
| In Re: Nicolae Onisim Ceuca | Case Number: 07-44257<br>Chapter: 13 |
| SSN: *****5590 | |
| Debtors(s) | |

## REQUEST FOR SPECIAL NOTICE AND SERVICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of Washington Mutual Bank and pursuant to Rule 2002 of the Bankruptcy Rules, for inclusion into the Master Mailing List and to have special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleadings, and other documents filed in the proceeding, be sent to the Creditor at the address below.**

Respectfully Submitted,

/s/ Clare Gadd          December 26, 2007
**Moss Codilis, L.L.P.
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Phone: (303) 799-6966
Fax:    (720) 240-5454**

Creditor:

**Washington Mutual Bank
Bankruptcy Department
7255 Baymeadows Way
Jacksonville, FL 32256
Loan Number:        ******1367**

| | |
|---|---|
| Debtor Attorney = | Patrick L. Forte |
| Trustee = | Martha G. Bronitsky |
| Court = | US BK CT |