```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 07-44257 EDJ |
| **NICOLAE ONISIM CEUCA,** | Chapter 13 |
|                   Debtor. | **MOTION TO VACATE DISMISSAL; AND TRUSTEE'S CONSENT** |

    Nicole Onisim Ceuca, debtor herein, hereby applies to the Court for an Order Vacating the Order of Dismissal in the above Chapter 13 case. This application is made on the grounds that debtor had fallen behind on his plan payments which resulted in the dismissal of his case. Debtor is a self-employed contractor. Debtor was out of work for the months of January, February, & March 2011. Debtor's business has since picked up and he is now able to make payments towards the Chapter 13 Plan.

///

///

///

///

Page 1 of 2

Case: 07-44257   Doc# 73   Filed: 08/04/11   Entered: 08/04/11 16:44:56   Page 1 of 2

```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 07-44257 EDJ |
| **NICOLAE ONISIM CEUCA,** | Chapter 13 |
| Debtor. | **MOTION TO VACATE DISMISSAL; AND TRUSTEE'S CONSENT** |

    Nicole Onisim Ceuca, debtor herein, hereby applies to the Court for an Order Vacating the Order of Dismissal in the above Chapter 13 case. This application is made on the grounds that debtor had fallen behind on his plan payments which resulted in the dismissal of his case. Debtor is a self-employed contractor. Debtor was out of work for the months of January, February, & March 2011. Debtor's business has since picked up and he is now able to make payments towards the Chapter 13 Plan.

///

///

///

///

Page 1 of 2

Case: 07-44257   Doc# 73   Filed: 08/04/11   Entered: 08/04/11 16:44:56   Page 1 of 2

Debtor intends to file a Motion to Modify Plan once the dismissal is vacated in which the 2005 Ford F250 will be surrendered to Ford Motor Credit. The modified plan will also provide a feasible plan payment.

Dated: July 26, 2011         /s/ Anne Y. Shiau
                             Anne Y. Shiau
                             Attorney for Debtor

**TRUSTEE'S CONSENT**

The undersigned hereby consents to an Order Vacating the Order of Dismissal.

Dated: August 4, 2011        /s/ Martha G. Bronitsky
                             MARTHA G. BRONITSKY
                             Chapter 13 Trustee